**Order filed December 8, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00193-CR

_____

### MICHAEL ROY VILLALBA, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CR56890**

## O R D E R

On December 2, 2022, counsel notified this court of the death of Appellant, Michael Roy Villalba, and provided a verification of death from the Midland County clerk. The death verification was also included in a supplemental clerk's record filed in this court. Appellant's death deprives this court of jurisdiction. *See Molitor v. State*, 862 S.W.2d 615 (Tex. Crim. App. 1993). If an appellant in a criminal case dies after an appeal is perfected but before mandate has issued, the appeal must be permanently abated. TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.

December 8, 2022                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.